[No. 25171. Department One. May 24, 1934.]

GRANDVIEW IRRIGATION DISTRICT, *Respondent*, v. YAKIMA COUNTY et al., *Appellants*.[1]

*Wm. B. Bridgman*, for appellants.
*Stephen E. Chaffee*, for respondent.

PER CURIAM.—This cause was submitted to this court upon stipulation of the parties that it involved the same issues as those contained in the case of *Yakima County v. Stephens, ante* p. 601, and should be submitted upon the same argument. The decision in the former case is controlling here.

The judgment is affirmed.

[1]Reported in 33 P. (2d) 94.